AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL WESLEY FLYNN<br><br>*Defendant(s)* | Case No. 2:17mj25-SRW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 24, 2017__ in the county of __Montgomery__ in the __Middle__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 472 | Uttering Counterfeit Obligations or Securites |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

USSS Special Agent Marcus Shumack
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/27/2017

_____
*Judge's signature*

City and state: Montgomery, Alabama

Terry F. Moorer, U.S. Magistrate Judge
*Printed name and title*

## Affidavit in Support of a Criminal Complaint

*United States v. Michael Wesley Flynn*

I, Marcus L Shumack, being duly sworn, hereby depose and say:

1. I have been a Special Agent with the United States Secret Service since May 08, 2000, and have investigated various criminal offenses including bank fraud, wire fraud, counterfeiting obligations, conspiracy, counterfeit and fraudulent access devices and various other offenses. I have attended the Special Agent Training Course held by the U.S. Secret Service at Beltsville, Maryland and Criminal Investigator Training Program held at the Federal Law Enforcement Training Center at Glynco, Georgia. Prior to becoming a Special Agent with the U.S. Secret Service, I was a Chief Financial Officer with Cadence Technologies for 8 years. I have an inactive CPA license from the state of Alabama and I also worked for 4 years in Public Accounting. I am also a graduate of Auburn University where I earned a Bachelor of Business Administration degree with a concentration in Accounting.

Based on my training and experience as set forth above, I am aware that whoever knowingly and with intent to defraud, passes, utters, publishes, or sells, or attempts to pass, utter, publish, or sell, or with like intent brings into the United States or keeps in possession or conceals any falsely made, forged, counterfeited, or altered obligation or other security of the United States, is in violation of Title 18 United States Code, Section 472.

Based on my training and experience I know that Montgomery, Alabama is in the Middle District of Alabama.

2. The information in this affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and information provided by witnesses. The information in this affidavit is provided for the limited purpose of establishing probable cause in connection with the criminal complaint charging Michael Flynn for a violation of Title 18 United States Code, Section 472 – Uttering Counterfeit Obligations or Securities. The information is not a complete statement of all the facts related to this case.

3. I have learned through my own investigation or based on investigation by other law enforcement officials that Michael Flynn (Flynn), with intent to defraud, kept in his possession two (2) counterfeit $20 Federal Reserve Notes bearing the

serial numbers MK91545554A and MF36398983C in the Middle District of Alabama in the following manner:

    A.    On March 24, 2017, I was notified by The Alabama Law Enforcement Agency (ALEA) that while attempting to interview Michael Flynn at his residence in Montgomery, Alabama, Flynn attempted to flee from officers in his car. The officers removed Flynn from his car and a bag containing one (1) counterfeit $20 Federal Reserve Note bearing the serial number MK91545554A and one (1) counterfeit $20 Federal Reserve Note bearing the serial number MF36398983C was in his lap. Also in this bag were four (4) bleached $5 Federal Reserve Notes, one (1) sheet of paper with a counterfeit image of a $20 Federal Reserve Note bearing the serial number MK91545554A, and one (1) partially manufactured Federal Reserve Note bearing serial number MK91545554A on the opposite side of the sheet of paper.

    B.    On that same day, I examined the counterfeit $20 Federal Reserve Note bearing the serial number MK91545554A and the counterfeit $20 Federal Reserve Note bearing the serial number MF36398983C and confirmed that these bills were counterfeit.

    C.    On that same day, I interviewed Flynn. In a post Miranda interview he confessed to manufacturing the counterfeit $20 Federal Reserve Note bearing the serial number MK91545554A and the counterfeit $20 Federal Reserve Note bearing the serial number MF36398983C. He said he had been robbed earlier and he needed money for cigarettes and gas. He said he made these two counterfeit bills as a test and was bleaching $5 notes in anticipation of printing the $20 images on the bleached notes.

    Based on my experience and training, it is my belief that probable cause exists to arrest Michael Flynn for violation of Title 18 United States Code, Section 472 – Uttering Counterfeit Obligations or Securities.

    Further your Affiant sayeth naught. I swear under penalty of perjury that the forgoing is true.

_____
Marcus L. Shumack
Special Agent
United States Secret Service

Sworn to before me and subscribed in my presence this, 27th day of March 2017 ⓐ1055

_____
~~Susan R. Walker~~ Terry F. Moorer
United States Magistrate Judge

3