# United States District Court

for

## Middle District of Alabama

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Wesley Flynn                    Case Number: 2:17cr131-01-MHT

Name of Sentencing Judicial Officer:  The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: January 11, 2018

Original Offense:   Count 2s: Passing or Uttering Counterfeit Obligations or Securities, 18 U.S.C. § 472
                    Count 4s: Possession of Stolen United States Mail, 18 U.S.C. § 1708
                    Count 6s: Conspiracy to Commit Bank Fraud and Wire Fraud, 18 U.S.C. § 1349

Original Sentence:  33 months custody on each of counts 2s, 4s, and 6s, all such terms to run concurrently followed by three (3) years of supervised release on each of counts 2s, 4s, and 6s, all such terms to run concurrently; sentence amended on April 13, 2018 for modification of restitution order

Type of Supervision:  Supervised Release              Date Supervision Commenced: July 26, 2019

Assistant U.S. Attorney:  Eric Counts                 Defense Attorney: Preston Larry Presley

---

## PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **#1--<u>Standard Condition No. 5:</u>** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements, you must notify the probation officer at least 10 days before the change. | On January 25, 2021, the probation officer attempted to conduct a home contact at Flynn's residence. The probation officer discovered the residence to be vacant and abandoned. Flynn failed to notify the probation officer of a change in residence. His whereabouts at the present time are unknown. |

RE: Flynn, Michael Wesley
    Dkt. # 2:17cr131-01-MHT
    **PROB 12C**

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/27/2021

by /s/ DeAndre Meadows
    United States Probation Officer
Date: January 27, 2021

Reviewed and approved by: /s/ David Ron Thweatt
    Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

February 3, 2021
Date