PROB 12B
(2/2016)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Name of Offender:  Michael Wesley Flynn    Case Number: 2:17cr131-MHT-01

Name of Sentencing Judicial Officer:  The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence:  January 11, 2018

Original Offense:  Count 2s: Passing or Uttering Counterfeit Obligations or Securities, 18 U.S.C. § 472; Count 4s: Possession of Stolen United States Mail, 18 U.S.C. § 1708; Count 6s: Conspiracy to Commit Bank Fraud and Wire Fraud, 18 U.S.C. § 1349

Original Sentence:  33 months custody which consisted of 33 months on each of counts 2s, 4s, and 6s, all such terms to run concurrently, followed by three (3) years supervised release on each of counts 2s, 4s, and 6s, all such terms to run concurrently

Type of Supervision:  Term Of Supervised Release    Date Supervision Commenced:  July 26, 2019

---

### PETITIONING THE COURT

☐  To extend the term of supervision for _____ years, for a total term of _____ years.

☒  To modify the conditions of supervision as follows and dismiss petition (doc. 794) filed on February 3, 2021.

You shall participate in the Location Monitoring Program and shall comply with the conditions of home detention, which will be monitored by a location monitoring system determined by your probation officer, for a period of **three** months. You shall wear (a) location monitoring device(s) and follow the monitoring procedures specified by your probation officer. You shall pay all costs of the program based upon your ability to pay as determined by your probation officer.

### CAUSE

On January 25, 2021, the probation officer attempted to conduct a home contact at Flynn's residence in Montgomery, Alabama. The probation officer discovered the residence to be vacant and abandoned. Flynn failed to notify the probation officer regarding his change in residence. Because Flynn's whereabouts were unknown, the probation officer filed a petition noting the violation and requested a warrant. On February 3, 2021, the Court ordered the issuance of a warrant for Flynn's arrest.

On February 13, 2021, Flynn was arrested by the Montgomery Police Department on the violation warrant. In lieu of revocation, the probation officer believes an alternative to incarceration is appropriate at this time. Flynn has agreed to serve three months on location monitoring. Location monitoring will be used as a tool to hold Flynn accountable to his conditions of supervised release and hopefully bring him back into compliance. It is recommended that Your Honor order the modification of conditions as noted above and dismiss the petition seeking revocation (doc. 794).

The Honorable Myron H. Thompson, U.S. District Judge
February 22, 2021
Page 2

RE: Flynn, Michael Wesley
    Dkt. # 2:17cr131-MHT-01
    **PROB 12B**

        Respectfully submitted,

        by  /s/ DeAndre Meadows
        United States Probation Officer

        Date:  February 22, 2021

Reviewed and approved by:    /s/David Ron Thweatt
        Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☐ The Extension of Supervision as noted above.

☒ The petition for modification (doc. no. 809) filed on February 22, 2021, is granted and the conditions of supervision are modified as noted above.  It is further ORDERED that the revocation petition (doc. no. 794) filed on February 3, 2021, is dismissed.

☐ Other

        /s/ Judge Myron H. Thompson
        UNITED STATES DISTRICT JUDGE

        February 22, 2021
        Date